

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00158-CR

| | | |
|---|---|---|
| Tiffney Lynne McAdoo | § | From the 372nd District Court |
| | § | of Tarrant County (1247941R) |
| v. | § | June 18, 2015 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
       Justice Sue Walker